LEINART LAW FIRM
11520 N CENTRAL EXPRESSWAY
SUITE 212
DALLAS TX 75243

In Re:                                                              Case # 09-35129-HDH-13

LARRY EDWARD DOBBS
    Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Debtor's Objection to Claim**

Debtor(s) hereby object to the following claim for the reason(s) indicated in Column 7. The claim should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| 1. Court Clm # | 2. Creditor Name | 3. Claim Amt | 4. Allow/ Disallow | 5. Amount | 6. Class | 7. Reason(s) (see code below) | 8. Trustee Clm # |
|---|---|---|---|---|---|---|---|
| 0018 | HSBC BANK NEVADA NA | $ 271.95 | Allow | $ 271.95 | Secured | C-2 | 0109 |

Code "Reason(s) for Claim Objection

C-2        Debtor asserts claim should be Allowed as paid through the chapter 13 plan.

Respectfully submitted,

/s/
_____
Marcus Leinart/State Bar #00794156
Richard Anderson/State Bar #24045408

LEINART LAW FIRM
11520 N CENTRAL EXPRESSWAY
SUITE 212
DALLAS TX 75243

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                    Case #:        09-35129-HDH-13
    LARRY EDWARD DOBBS                                    Hearing Date:  07/13/2010
    Debtor(s)

### Notice of Hearing on Debtor(s)' Objection to Claim

To:  All parties in interest

Accompanying the Notice are copies of the "Debtor's Objection to Claim"

A pre-hearing conference with the Chapter 13 Trustee concerning the accompanying pleading will be held at 8:30 a.m. on 07/13/2010 at 125 E. John Carpenter Freeway, Suite #1100, The Eleventh Floor, Irving, Texas 75062.

Any objection to the accompanying pleading not resolved or defaulted at the Trustee's Pre-Hearing conference will be heard by the Court at 2:00 p.m. on the same day at: 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE IN WRITING, FILED WITH THE COURT AND A COPY SERVED ON ANY AFFECTED PARTY AND THE PARTIES LISTED BELOW.

FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGEMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.

**Debtor:**     LARRY EDWARD DOBBS, 519 INTERSTATE 30, NO 205, ROCKWALL TX, 75087
**Attorney:**   LEINART LAW FIRM, 11520 N CENTRAL EXPRESSWAY, SUITE 212, DALLAS TX, 75243
**Trustee:**    125 E. John Carpenter Freeway, Suite #1100, Irving, Texas 75062
**Court:**      Clerk's Office, US Bankruptcy Court, 1100 Commerce Street, 12th Floor, Dallas, Texas 75202

/s/
_____

Marcus Leinart/State Bar # 00794156
Richard Anderson/State Bar # 24045408

Case #   09-35129-HDH-13
Debtor(s) LARRY EDWARD DOBBS

## Certificate of Service

I hereby certify that a copy of the above "Debtor's Objection to Claim" and Notice of Hearing on Debtor's Objection to Claim" was served on or before 06/10/2010 on the parties named below by United States First Class Mail, postage pre-paid or via electronic notice.

**Debtors:** LARRY EDWARD DOBBS, 519 INTERSTATE 30, NO 205, ROCKWALL TX, 75087
**Trustee:** 125 E. John Carpenter Freeway, Suite #1100, Irving, Texs 75062
**Creditors:**

HSBC BANK NEVADA NA, BASS AND ASSOCIATES PC, 3936 E FT LOWELL SUITE 200, TUCSON AZ, 85712
JPMORGAN CHASE BANK NTL ASSOC, 7255 BAYMEADOWS WAY, MAIL STOP JAXB2007, JACKSONVILLE FL, 32256
ROCKWALL COUNTY ROCKWALL CAD, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201
GE MONEY BANK, CO RECOVERY MANAGMENT SYSTEMS, 25 SE 2ND AVE SUITE 1120, MIAMI FL, 33131-1605
HUGHES WATTERS AND ASKANASE LL, 333 CLAY 29TH FLOOR, HOUSTON TX, 77002
DYCK ONEAL INC, PO BOX 13370, ARLINGTON TX, 76094
ISERVE SERVICING INC, ROSICKI ROSICKI AND ASSOCIATES, 51 E BETHPAGE ROAD, PLAINVIEW NY, 11803
SHIELDS BRITTON AND FRASER PC, 5401 VILLAGE CREEK DRIVE, PLANO TX, 75093

By: /S/
_____
Marcus Leinart/State Bar # 00794156
Richard Anderson/State Bar # 24045408